**Order entered September 17, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00794-CV

## IN RE XTC CABARET (DALLAS), INC., Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13178**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is relator's September 13, 2021 petition for writ of mandamus challenging the trial court's August 20, 2021 order granting in part real party in interest's motion to compel discovery.

On the court's motion, we **STAY** the portions of the trial court's August 20, 2021 order concerning Requests for Production Nos. 8, 9, 10, 11, 25, 30, 38, 41, 42 and Interrogatory No. 15 to the following extent.[1] We **STAY** the trial court's order to the extent that it requires relator to produce information regarding incidents that do not involve assaults, armed robbery, or firearm discharge. We also **STAY** the

---

[1] Justice Schenck would have granted the requested stay in full.

trial court's order to the extent that it requires relator to produce any documents, incident reports, investigative materials, and policies or procedures for a timeframe going beyond the two-year period preceding the January 1, 2019 incident. The trial court's order shall not be stayed to the extent that it requires relator to produce information regarding assaults, armed robbery, or firearm discharge that occurred in the two-year period preceding the January 1, 2019 incident.

We also **STAY** the trial court's order to the extent that it requires relator to comply with Request for Production No. 25 concerning relator's gross income in 2017 and 2018.

This stay shall remain in effect pending resolution of this original proceeding.

We also request that real party in interest and respondent file their responses, if any, to the petition for writ of mandamus by **October 6, 2021**.

/s/ DENNISE GARCIA
   JUSTICE